# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

CHRISTOPHER M. FUENTES,

Appellant,

v.

ORANE M. FUENTES,

Appellee.

No. 2D2024-2469

————————————————

October 24, 2025

Appeal from the Circuit Court for Pasco County; Dustin Anderson, Judge.

Christopher M. Fuentes, pro se.

Michael Gonzalez of Gonzalez Law Group, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.